Lynch, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

AGROSHIP LIMITED,  :

              Plaintiff,  :      07 CIV 5650 (GEL)

                  :      ECF CASE

   - against -  :

                  :

MNB STEEL (PRIVATE) LIMITED a/k/a MNB STEEL  :
(P) LTD.,

              Defendant.  :

-----------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: November 8, 2007
     New York, NY

              The Plaintiff,
              AGROSHIP LIMITED,

              By: _Charles E. Murphy_____

              Charles E. Murphy (CM 2125)
              Nancy R. Peterson (NP 2871)
              LENNON, MURPHY & LENNON, LLC
              The Gray Bar Building
              420 Lexington Ave., Suite 300
              New York, NY 10170
              (212) 490-6050
              facsimile (212) 490-6070
              cem@lenmur.com
              nrp@lenmur.com

U.S.D.J.

4/9/07